# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL A. HAMILTON,

    Plaintiff,

vs.

FEDERAL JUSTICE DEPARTMENT,

    Defendant.

Case No. 2:17-cv-02856-JCM-CWH

**REPORT & RECOMMENDATION**

  Presently before the court is pro se plaintiff Michael A. Hamilton's application to proceed *in forma pauperis* (ECF No. 4), filed on March 13, 2018. Plaintiff submitted the declaration required by 28 U.S.C. § 1915(a) showing an inability to prepay fees and costs or give security for them. Accordingly, Plaintiff's request to proceed *in forma pauperis* will be granted.

  Upon granting a request to proceed *in forma pauperis*, a court must screen the complaint under 28 U.S.C. § 1915(e)(2). In screening the complaint, a court must identify cognizable claims and dismiss claims that are frivolous, malicious, file to state a claim on which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). A complaint is frivolous if it contains "claims whose factual contentions are clearly baseless," such as "claims describing fantastic or delusional scenarios." *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989).

  Dismissal for failure to state a claim under § 1915(e)(2) incorporates the standard for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012). To survive § 1915 review, a complaint must "contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The court liberally construes pro se complaints and may only

dismiss them "if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Nordstrom v. Ryan*, 762 F.3d 903, 908 (9th Cir. 2014) (quoting *Iqbal*, 556 U.S. at 678).

Here, plaintiff brings a complaint against the Federal Justice Department, alleging it has been disturbing him with ever-intensifying audio messages for approximately seven years. (Compl. (ECF No. 1-1).) Plaintiff alleges the audio messages are a "life sentence" that are causing pain, seizures, and the inability to work or sleep. (*Id.*) Plaintiff further alleges the audio messages have caused him to have seven heart attacks. (*Id.*) According to plaintiff, while he was hospitalized, the Justice Department instructed hospital staff to forcefully catheterize plaintiff. (*Id.*) He also states the Justice Department has attempted to murder him by breaking into his home and putting feces in his medications. (*Id.*)

Even liberally construing plaintiff's complaint, the court finds that his factual allegations describe fantastic and delusional scenarios and do not state a claim upon which relief can be granted. Given that plaintiff's complaint does not set forth a plausible claim, it is recommended that the complaint be dismissed with prejudice because amendment would be futile. *See Lopez v. Smith*, 203 F.3d 1122, 1126 (9th Cir. 2000) (stating that a district court is not required to provide leave to amend a complaint if the complaint could not possibly be cured by the allegation of other facts).

IT IS THEREFORE ORDERED that Plaintiff Michael A. Hamilton's application to proceed *in forma pauperis* (ECF No. 4) is GRANTED.

IT IS FURTHER ORDERED that the clerk of court must detach and file plaintiff's complaint (ECF No. 1-1).

IT IS RECOMMENDED that Plaintiff Michael A. Hamilton's Complaint (ECF No. 1-1) be DISMISSED WITH PREJUDICE as delusional and frivolous.

## **NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served

with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: July 19, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**